(March 23, 1998)

■ EVELYN ABAD, Respondent, v JUDD JAWOKOWSKI et al., Defendants, and COUNTY OF NASSAU, Appellant. [669 NYS2d 916] —In an action to recover damages for personal injuries, the County of Nassau appeals from an order of the Supreme Court, Nassau County (Segal, J.), dated November 27, 1996, which, *inter alia*, granted the plaintiff's application for leave to serve a late notice of claim on it.

Ordered that the order is affirmed, with costs.

· Under the circumstances of this case, the Supreme Court did not improvidently exercise its discretion in granting the plaintiff's application (*see,* General Municipal Law § 50-e [5]; *Matter of Sverdlin v City of New York,* 229 AD2d 544; *Matter of Gallino v Village of Shoreham,* 222 AD2d 506; *Matter of Farrell v City of New York,* 191 AD2d 698). Copertino, J. P., Altman, Florio and Luciano, JJ., concur.